IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TAMMI P. BOWDEN, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 C 975 |
| | ) | |
| vs. | ) | Judge Pallmeyer |
| | ) | |
| KIRKLAND & ELLIS, LLP, an Illinois limited liability partnership, | ) ) | Magistrate Judge Cole |
| | ) | |
| Defendant. | ) | |

_____

| | | |
|---|---|---|
| FAYE R. GREY, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 C 978 |
| | ) | |
| vs. | ) | Judge Holderman |
| | ) | |
| KIRKLAND & ELLIS LLP, an Illinois limited liability partnership, | ) ) | Magistrate Judge Ashman |
| | ) | |
| Defendant. | ) | |

_____

| | | |
|---|---|---|
| NANCY J. GAGEN, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 C 979 |
| | ) | |
| vs. | ) | Judge Lindberg |
| | ) | |
| KIRKLAND & ELLIS, LLP, an Illinois limited liability partnership, | ) ) | Magistrate Judge Keys |
| | ) | |
| Defendant. | ) | |

_____

| | | |
|---|---|---|
| THADIECE Y. PERKINS, | ) | |
| | ) | |
| Plaintiff, | ) | No. 7 C 1166 |
| | ) | |
| vs. | ) | Judge Hibbler |
| | ) | |
| KIRKLAND & ELLIS, LLP, an Illinois limited liability partnership, | ) ) | Magistrate Judge Ashman |
| | ) | |
| Defendant. | ) | |

_____

**JOINT REPORT ON DISCOVERY PLANNING**

**JOINT REPORT
OF THE PARTIES' RULE 26(f) DISCOVERY PLANNING MEETING
IN *GREY v. KIRKLAND & ELLIS, LLP*, and *PERKINS v. KIRKLAND & ELLIS, LLP*,
AND
OF THE PARTIES' INTERIM DISCOVERY PLANNING MEETING
IN *BOWDEN v. KIRKLAND & ELLIS, LLP*, and *GAGEN v. KIRKLAND & ELLIS, LLP***

**1.  Meeting.**

Pursuant to Federal Rule of Civil Procedure 26(f) and to this Court's suggestion made at the hearing held on June 19, 2007, meetings were held in person, by telephone, and by e-mail on several days in July 2007 among Joseph A. Morris and Charles H. Bjork for the Plaintiffs and by Brenda H. Feis and Nicole K. Peracke for the Defendant.  Those meetings were held for the following purposes:

(a)  A Rule 26(f) discovery planning meeting in *Grey v. Kirkland & Ellis, LLP*.  Prior to the approval by this Court, on June 19, 2007, and by the Executive Committee, on July 5, 2007, of the consolidation of these four cases for purposes of discovery, no initial hearing had been held, and no pre-trial schedule had been established, in *Grey v. Kirkland & Ellis, LLP*.

(b)  A Rule 26(f) discovery planning meeting in *Perkins v. Kirkland & Ellis, LLP*.  Prior to the approval by this Court, on June 19, 2007, and by the Executive Committee, on July 5, 2007, of the consolidation of these four cases for purposes of discovery, no initial hearing had been held, and no pre-trial schedule had been established, in *Perkins v. Kirkland & Ellis, LLP*.

(c)  An interim discovery planning meeting in *Bowden v. Kirkland & Ellis, LLP*.  On May 1, 2007, prior to the consolidation of these cases for purposes of discovery, the parties submitted their Rule 26(f) report to Judge Pallmeyer, who on that same day entered a scheduling order which adopted the proposals made in the parties' report.  At the hearing of June 19, 2007, Judge Pallmeyer recommended that the parties revisit the terms of that scheduling order in light of the consolidation.

(d)  An interim discovery planning meeting in *Gagen v. Kirkland & Ellis, LLP*.  On May 22, 2007, prior to the consolidation of these cases for purposes of discovery, the parties submitted their Rule 26(f) report to Judge Bucklo, who on that same day entered a scheduling order which adopted the proposals (tracking the schedule in *Bowden*) made in the parties' report.  Judge Bucklo recused herself from the case on the following day; and the case was reassigned to Judge Castillo; Judge Castillo later recused himself from the case, and the case was reassigned to Senior Judge Moran; Senior Judge Moran recused himself from the case, and the case is now assigned to Judge Lindberg, subject to its consolidation before Judge Pallmeyer for purposes of discovery.  To date, Judge Lindberg has held no hearing in the case.  At the hearing

of June 19, 2007, Judge Pallmeyer recommended that the parties revisit the terms of the scheduling order of May 22, 2007, in light of the consolidation.

In this Joint Report, the parties propose a revised schedule of pre-trial proceedings which is common to all four cases for purposes of discovery.

**2.  Pre-Trial Schedule.**

The parties jointly propose the following omnibus discovery plan:

    **A.  Subjects of Discovery.**

        1.  In *Bowden v. Kirkland & Ellis, LLP*, the subjects of discovery will remain as previously reported.

        2.  In *Gagen v. Kirkland & Ellis, LLP*, the subjects of discovery will remain as previously reported.

        3.  In *Grey v. Kirkland & Ellis, LLP*, discovery will be needed on the following subjects:

            A.  Whether or not, and to what extent, if any, Defendant discriminated against Plaintiff on account of her race.

            B.  Any and all of Defendant's defenses, including, but not limited to the affirmative defenses asserted in Defendant's Answer to Plaintiff's Complaint.

        In addition, Plaintiff states that discovery will be needed on the following specialized subject which is subsumed within Plaintiff's discrimination claim:

            C.  Whether or not, and to what extent, if any, Defendant monitored Plaintiff's private, non-job related activities and communications.

        4.  In *Perkins v. Kirkland & Ellis, LLP*, discovery will be needed on the following subjects:

            A.  Whether or not, and to what extent, if any, Defendant discriminated against Plaintiff on account of her race.

            B.  Whether or not, and to what extent, if any, Defendant discriminated against Plaintiff on account of her age.

      C.      Any and all of Defendant's defenses, including, but not limited to the affirmative defenses asserted in Defendant's Answer to Plaintiff's Complaint.

  **B.**      **Rule 26(a)(1) Disclosures in *Grey v. Kirkland & Ellis, LLP*, and in *Perkins v. Kirkland & Ellis, LLP*.**

Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) to be made on or before August 15, 2007.

  **C.**      **Close of Discovery in All Cases.**

All discovery to be commenced in time to be completed by March 28, 2008.

  **D.**      **Depositions.**

The parties expect that they will need to take approximately 27 depositions. (Plaintiffs jointly estimate that they will need to take about 18 depositions, and will move, if and as necessary, for leave to take a number of depositions in excess of applicable rules. Defendant estimates that it will need to take about 9 depositions.) The parties agree that, absent agreement or an order of court to the contrary, any witness will be deposed only once, and, subject to applicable rules and proper objections, the deposition of any witness may be used for any appropriate purpose in any and all of these cases.

  **E.**      **Reports of Experts Retained Under Rule 26(a)(2).**

Reports from retained experts under Rule 26(a)(2) due:

      From Plaintiffs on or before December 31, 2007.
      From Defendant on or before January 31, 2008.

  **F.**      **Joinder of Additional Parties and Amendment of Pleadings.**

The parties in *Grey v. Kirkland & Ellis, LLP*, and in *Perkins v. Kirkland & Ellis, LLP*, should be allowed until August 3, 2007, to join additional parties and to amend the pleadings.

  **G.**      **Filing of Dispositive Motions.**

All dispositive motions should be filed by April 30, 2008, subject to any superseding order entered by the Judge to whom a particular case is assigned.

  **H.**      **Final Pre-Trial Order.**

The assigned Judge in each particular case shall set a trial date, if any, along with dates for the filing of the final pre-trial order and for the final pre-trial conference, following the entry of the Court's decision on any and all dispositive motions.

    **I.    Estimated Trial Readiness Date and Length of Trial.**

    The parties anticipate that each trial will take 10 days.

**3.    Settlement.**

    The parties have not exchanged any settlement proposals.

**4.    Consent to Proceeding Before a Magistrate Judge.**

    The parties do not consent unanimously to proceed before a Magistrate Judge in any of the cases.

Dated:    July 31, 2007.

Respectfully Submitted By:

| /s/ JOSEPH A. MORRIS | /s/ BRENDA H. FEIS |
|---|---|
| Joseph A. Morris | Brenda H. Feis |
| One of Counsel for All Plaintiffs | One of Counsel for the Defendant |

| | |
|---|---|
| Joseph A. Morris | Brenda H. Feis |
| Charles H. Bjork | Jessica E. Chmiel |
| MORRIS & DE LA ROSA | Nicole K. Peracke |
| 39 South La Salle Street | SEYFARTH SHAW LLP |
| 5th Floor | 131 South Dearborn Street |
| Chicago, Illinois 60603 | Suite 2400 |
| (312) 606-0876 | Chicago, Illinois 60603 |
| *Counsel for all Plaintiffs* | (312) 460-5000 |
| | *Counsel for Defendant* |