IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TAMMI P. BOWDEN, | ) | |
| Plaintiff, | ) | No. 07 C 975 |
| vs. | ) | Judge Pallmeyer |
| KIRKLAND & ELLIS, LLP, an Illinois limited liability partnership, | ) | Magistrate Judge Cole |
| Defendant. | ) | |

_____

| | | |
|---|---|---|
| FAYE R. GREY, | ) | |
| Plaintiff, | ) | No. 07 C 978 |
| vs. | ) | Judge Holderman |
| KIRKLAND & ELLIS LLP, an Illinois limited liability partnership, | ) | Magistrate Judge Ashman |
| Defendant. | ) | |

_____

| | | |
|---|---|---|
| NANCY J. GAGEN, | ) | |
| Plaintiff, | ) | No. 07 C 979 |
| vs. | ) | Judge Lindberg |
| KIRKLAND & ELLIS, LLP, an Illinois limited liability partnership, | ) | Magistrate Judge Keys |
| Defendant. | ) | |

_____

| | | |
|---|---|---|
| THADIECE Y. PERKINS, | ) | |
| Plaintiff, | ) | No. 7 C 1166 |
| vs. | ) | Judge Hibbler |
| KIRKLAND & ELLIS, LLP, an Illinois limited liability partnership, | ) | Magistrate Judge Ashman |
| Defendant. | ) | |

_____

**JOINT REPORT ON DISCOVERY PLANNING**

JOINT REPORT
OF THE PARTIES' RULE 26(f) DISCOVERY PLANNING MEETING

**1.  Meeting.**

Pursuant to Federal Rule of Civil Procedure 26(f) and to this Court's suggestion made at the hearing held on October 3, 2007, meetings were held in person, by telephone, and by e-mail on December 5, 2007 among Joseph A. Morris and Charles H. Bjork for Plaintiffs Grey and Perkins; Dennis H. Stefanowicz, Jr., and Brian R. Holman for Plaintiffs Bowden and Gagen; and by Brenda H. Feis, Jessica E. Chmiel, and Nicole K. Peracke for the Defendant. Those meetings were held for the following purposes:

(a)   Preparation of and updated pre-trial schedule to propose to the Court.

(b)   Reviewing discovery accomplished to date and agreeing upon a schedule for the resumption and completion of discovery.

(c)   Preparation of a protective order to propose to the Court.

This Joint Report revisits and updates the parties' Joint Report of July 31, 2007. In it the parties propose a revised schedule of pre-trial proceedings which is common to all four cases for purposes of discovery.

**2.  Pre-Trial Schedule.**

The parties jointly propose the following omnibus discovery plan:

**A.   Subjects of Discovery.**

The parties agree that the subjects of discovery remain as previously reported.

**B.   Rule 26(a)(1) Disclosures in *Grey v. Kirkland & Ellis, LLP*, and in *Perkins v. Kirkland & Ellis, LLP*.**

Initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) have been made in all cases and will be supplemented with reasonable promptness after agreement by the parties or direction from the Court with respect to the protection and utilization of information.

**C.   Close of Discovery in All Cases.**

All discovery to be commenced in time to be completed by August 1, 2008.

**D.** **Depositions.**

The parties expect that they will need to take approximately 27 depositions. (Plaintiffs jointly estimate that they will need to take about 18 depositions, and will move, if and as necessary, for leave to take a number of depositions in excess of applicable rules. Defendant estimates that it will need to take about 9 depositions.) The parties agree that, absent agreement or an order of court to the contrary, any witness will be deposed only once, and, subject to applicable rules and proper objections, the deposition of any witness may be used for any appropriate purpose in any and all of these cases. The parties have agreed on a tentative schedule for the taking of the deposition of each Plaintiff before the end of February 2008.

**E.** **Reports of Experts Retained Under Rule 26(a)(2).**

Reports from retained experts under Rule 26(a)(2) due:

> From Plaintiffs on or before April 30, 2008.
> From Defendant on or before May 30, 2008.

**F.** **Joinder of Additional Parties and Amendment of Pleadings.**

The parties in *Grey v. Kirkland & Ellis, LLP*, and in *Perkins v. Kirkland & Ellis, LLP*, have elected not to join additional parties or to amend the pleadings.

The Plaintiffs in *Bowden v. Kirkand & Ellis, LLP*, and in *Gagen v. Kirkland & Ellis, LLP*, intend to ask the Court to extend briefly the time in which they may join additional parties and amend the pleadings. The Defendant takes the view that, per the Court's August 9, 2007 Order that the parties were to join additional parties and amend the pleadings on or before August 15, 2007, the deadline for joining new parties and amending the pleadings has passed.

**G.** **Filing of Dispositive Motions.**

All dispositive motions should be filed by September 15, 2008, subject to any superseding order entered by the Judge to whom a particular case is assigned.

**H.** **Final Pre-Trial Order.**

The assigned Judge in each particular case shall set a trial date, if any, along with dates for the filing of the final pre-trial order and for the final pre-trial conference, following the entry of the Court's decision on any and all dispositive motions.

**I.** **Estimated Trial Readiness Date and Length of Trial.**

The parties anticipate that each trial will take 10 days.

3. **Settlement.**

The parties have not exchanged any settlement proposals.

4. **Consent to Proceeding Before a Magistrate Judge.**

The parties do not consent unanimously to proceed before a Magistrate Judge in any of the cases.

Dated: December 12, 2007.

Respectfully submitted,

| /s/ Joseph A. Morris | /s/ Brenda H. Feis |
|---|---|
| Joseph A. Morris | Brenda H. Feis |
| One of Counsel for Plaintiffs Grey and Perkins | One of Counsel for the Defendant |

Joseph A. Morris
Charles H. Bjork
Morris & De La Rosa
39 South La Salle Street, 5th Floor
Chicago, Illinois 60603
(312) 606-0876
    *Counsel for Plaintiffs Grey and Perkins*

Brenda H. Feis
Jessica E. Chmiel
Nicole K. Peracke
Seyfarth Shaw LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
(312) 460-5000
    *Counsel for Defendant*

/s/ Brian R. Holman

BRIAN R. HOLMAN
One of Counsel for Plaintiffs Grey and Perkins

Dennis H. Stefanowicz, Jr.
Brian R. Holman
Tara Beth Davis
Holman & Stefanowicz, LLC
30 South Wacker Drive, Suite 2425
Chicago, Illinois 60606
(312) 258-9700
    *Counsel for Plaintiffs Bowden and Gagen*